## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERRY RUSSELL,<br><br>                Plaintiff,<br><br>vs.<br><br>HEALTHALLIANCE HOSPITAL BROADWAY CAMPUS, CIOX HEALTH, LLC.<br><br>                Defendants. | Case No. 1:20-cv-1204-GSL-ATB<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned respectfully enters his appearance as counsel of record in the above-captioned action for Ciox Health, LLC and requests that all subsequent papers be served upon him at the address indicated below.

Dated: New York, New York
        October 6, 2020

*/s/ Jay P. Lefkowitz P.C.*
Jay P. Lefkowitz P.C.
N.D.N.Y. Bar Roll No. 701334
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (202) 389-3058
Facsimile: (212) 446-4900
lefkowitz@kirkland.com

*Counsel for Ciox Health, LLC.*