UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sherry Russell, Individually, and on behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　- against -<br><br>Healthalliance Hospital Broadway Campus, and Ciox Health, LLC,<br><br>　　　　　Defendants. | ECF Case<br><br>No. 1:20-cv-1204-GLS-ATB<br><br>**STIPULATION EXTENDING TIME TO AMEND AND TO <u>RESPOND TO THE COMPLAINT</u>** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Sherry Russell, individually and on behalf of all those similarly situated, and Defendants Healthalliance Hospital Broadway Campus and Ciox Health, LLC, through their counsel and subject to the Court's approval, that Plaintiff shall have until and including December 17, 2020, to amend her Complaint, and that Defendants shall thereafter have until January 18, 2021, to answer, move, or otherwise respond to the operative Complaint. It is further stipulated and agreed that all other case deadlines are stayed pending Plaintiff's decision to amend or stand upon her Complaint.

Dated: November 4, 2020

John H. Fisher
JOHN H. FISHER, P.C
278 Wall Street, 3rd Floor
Kingston, NY 12401
Telephone: (845) 802-0047
Fax: (845) 802-0052
jfisher@fishermalpracticelaw.com

ATTORNEYS FOR PLAINTIFF

_____
Daniel Gagliardi
LYNCH DASKAL EMERY LLP
137 West 25th Street, 5th Floor
New York, NY 100001
Telephone: (212) 302-2400
Fax: (212) 302-2210
gagliardi@lde.com

ATTORNEYS FOR DEFENDANT
HEALTHALLIANCE HOSPITAL BROADWAY CAMPUS

_____
Gilad Bendheim
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Fax: (212) 446-4900
gilad.bendheim@kirkland.com

ATTORNEYS FOR DEFENDANT
CIOX HEALTH, LLC


**SO ORDERED:**

_____
Hon. Andrew T. Baxter, U.S.M.J