**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Sherry Russell, Individually, and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- against -<br><br>Healthalliance Hospital Broadway Campus, and Ciox Health, LLC,<br><br>Defendants. | ECF Case<br><br>No. 1:20-cv-1204-GLS-ATB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Sherry Russell, individually and on behalf of all those similarly situated, and Defendants Healthalliance Hospital Broadway Campus and Ciox Health, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action is voluntarily dismissed with prejudice, with each party to bear its own attorney's fees and costs. Plaintiff Sherry Russell expressly reserves all rights in connection with the pending medical malpractice action venued in Ulster County Supreme Court, entitled Russell v. Madden, et al., Index No. EF2020-2258. This stipulation does not apply to Russell v. Madden, et al. or release HealthAlliance Hospital Broadway Campus as a defendant in that action.

Dated: February 4, 2021

                                                John H. Fisher
                                                JOHN H. FISHER, P.C.
                                                278 Wall Street, 3rd Floor
                                                Kingston, NY 12401
                                                Telephone: (845) 802-0047
                                                Fax: (845) 802-0052
                                                jfisher@fishermalpracticelaw.com

                                                ATTORNEYS FOR PLAINTIFF(S)

s/ Daniel Gagliardi

Daniel Gagliardi
LYNCH DASKAL EMERY LLP
137 West 25th Street, 5th Floor
New York, NY 100001
Telephone: (212) 302-2400
Fax: (212) 302-2210
gagliardi@lde.law

ATTORNEYS FOR DEFENDANT
HEALTH ALLIANCE HOSPITAL
BROADWAY CAMPUS

Gilad Bendheim
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Fax: (212) 446-4900
gilad.bendheim@kirkland.com

ATTORNEYS FOR DEFENDANT
CIOX HEALTH, LLC

**SO ORDERED:**

Hon. Gary L. Sharpe, U.S.D.J.

2