UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Sherry Russell, Individually, and on behalf
of All Others Similarly Situated,

        Plaintiff,

    - against -

Healthalliance Hospital Broadway Campus,
and Ciox Health, LLC,

        Defendants.

ECF Case

No. 1:20-cv-1204-GLS-ATB

**STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE
41(a)(1)(A)(ii)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Sherry

Russell, individually and on behalf of all those similarly situated, and Defendants Healthalliance

Hospital Broadway Campus and Ciox Health, LLC, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), and whereas no party hereto is an infant or incompetent, that the above-captioned

action is voluntarily dismissed with prejudice, with each party to bear its own attorney's fees and

costs. Plaintiff Sherry Russell expressly reserves all rights in connection with the pending medical

malpractice action venued in Ulster County Supreme Court, entitled Russell v. Madden, et al.,

Index No. EF2020-2258. This stipulation does not apply to Russell v. Madden, et al. or release

HealthAlliance Hospital Broadway Campus as a defendant in that action.

Dated: February 11, 2021

John H. Fisher
JOHN H. FISHER, P.C.
278 Wall Street, 3rd Floor
Kingston, NY 12401
Telephone: (845) 802-0047
Fax: (845) 802-0052
jfisher@fishermalpracticelaw.com

ATTORNEYS FOR PLAINTIFF(S)

s/ Daniel Gagliardi

Daniel Gagliardi
LYNCH DASKAL EMERY LLP
137 West 25th Street, 5th Floor
New York, NY 100001
Telephone: (212) 302-2400
Fax: (212) 302-2210
gagliardi@lde.law

ATTORNEYS FOR DEFENDANT
HEALTH ALLIANCE HOSPITAL
BROADWAY CAMPUS

Gilad Bendheim
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Fax: (212) 446-4900
gilad.bendheim@kirkland.com

ATTORNEYS FOR DEFENDANT
CIOX HEALTH, LLC